# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>NULIFE MULHOLLAND, LLC, et al.,<br><br>Defendants. | Case No. CV 23-0126 FMO (AGRx)<br><br>**JUDGMENT PURSUANT TO FED. R. CIV. P. 54(b)** |

Pursuant to the Court's Order Re: Motion for Default Judgment, the court hereby finds that there is no just reason to delay the entry of judgment with respect to plaintiff's claims against Nulife Wellness Group LLC and Nulife Recovery LLC (collectively "Subject Defendants"). Accordingly, IT IS ADJUDGED that:

1. Judgment is hereby entered against the Subject Defendants on the First Cause of Action for Declaratory Relief.  Plaintiff has no duty to defend the Subject Defendants in connection with the underlying action, captioned Dakota J. Pike v. Nulife Wellness Group LLC, et al., Case No. 19STCV00665 ("Underlying Action").

2. Judgment is hereby entered against the Subject Defendants, and in favor of plaintiff, on plaintiff's Second Cause of Action.  Plaintiff owes no duty to indemnify the Subject Defendants with respect to the Underlying Action.

3. Judgment is hereby entered against the Subject Defendants, and in favor of plaintiff, on

plaintiff's Third Cause of Action.  The Subject Defendants do not qualify as "insureds" under Policy No. NN829342 issued by plaintiff to Nulife Mulholland LLC.

    4.  Plaintiff shall serve the Subject Defendants with a copy of this Judgment in such a manner as to make it operative in any future proceedings.

    5.  Plaintiff and the Subject Defendants shall bear their own fees and costs.

Dated this 2nd day of May, 2023.

                                          /s/
                                 Fernando M. Olguin
                             United States District Judge